UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA (Small Business Administration) | CIVIL NO. 96-1998(DRD) |
| v. | FORECLOSURE OF MORTGAGE |
| JUAN RAMON MURPHY REYES and MARIA DE LOS ANGELES MIRANDA and the conjugal partnership constituted by both, Defendants | |

**ORDER FOR CANCELLATION OF LIS PENDENS**

Upon motion by the plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens made on the real property described hereinbelow by virtue of the Lis Pendens issued in this case, be cancelled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Registrar of Property of the Registry of Property of Manatí, Puerto Rico, shall be directed to cancel of record said Lis Pendens:

> "RUSTICA: Solar de forma regular radicado en el carretera número Seiscientos Cuarenta y Tres (643), kilómetro dos punto treinta y cinco (2.35) del Barrio Río Arriba saliente del término municipal de Manatí, Puerto Rico, compuesto de TRESCIENTOS CUARENTA Y NUEVE PUNTO QUINIENTOS CINCUENTA METROS CUADRADOS (349.550), equivalentes a CERO PUNTO CERO OCHENTA Y OCHO (0.088) CUERRDAS, y en lindes por el NORTE, en dieciocho punto quinientos setenta y dos metros (18.572) con carretera de su radicación; por el SUR, en treinta y cuatro punto trescientos cuarenta y nueve metros (34.349) con el remanente propiedad de don Juan Marrero Matos; por el ESTE, en diez punto ochocientos ochenta y un metros (10.881) con camino público asfaltado y por el OESTE, en veintitres punto quinientos nueve (23.509) metros con propiedad de Otilio Nazario.
>
> Contiene casa de concreto con fines residenciales."

Cancellation of Lis Pendens
Case No. ~~98-2163~~(JP) 96-1998
Page 2

Plaintiff's first mortgage for $38,700.00 was recorded at folio 143, volume 143 of Manati, unit number 9344, sixth inscription, at the Registry of Property of Manatí, Puerto Rico.

Lis pendens recorded at the Property Registry of Manati, at page 135, Entry 179, upon the property subject of this action.

San Juan, Puerto Rico, this _14_ day of _December_, 1999.

_____
UNITED STATES DISTRICT JUDGE